IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DON GLIDEWELL, JR.,
　　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　5:09cv55/RH/MD

SOCIAL SECURITY ADMINISTRATION,
　　　　　Defendant.
_____/

## O R D E R

　　　This cause is before the court upon referral from the clerk.  Plaintiff has filed a 257 page conglomeration of papers with the Panama City division of this court.  The clerk's office opened the case as a Social Security appeal, for reasons not entirely apparent from the record.[1]  Plaintiff's submission includes, among other things, complaints of his treatment while incarcerated, some of which occurred before his 21st birthday, copies of multiple documents filed in California courts with respect to a 2001 criminal conviction for child molestation, allegations that he was falsely accused of inappropriate sexual conduct with a minor and letters from other individuals/character references to support his assertion, items related to a small claims court case involving one of his attorneys, a letters to the governor of Nebraska and California, letters from attorneys in California and Hawaii (addressed to plaintiff in California) declining to take his case, two 2005 letters from the

---

[1] On the first page of the pleading, plaintiff mentions receiving state disability income.  Page 139 is a letter from the SSA to the plaintiff dated May 22, 2003 stating that it had changed its decision with respect to the start date of plaintiff's disability.  A report of confidential social security benefit information, dated 11/8/02 is page 177.

State Bar of California regarding a complaint filed by plaintiff against a California attorney plaintiff retained to file a petition for writ of error coram nobis in 2004, copies of legal research documents, primarily pertaining to California law, a copy of a letter from Behavioral Health Services in California describing a "Mr. G's" mental health condition, prescription records, military records, and even a picture of what appears to be Arnold Schwarzenegger in his body-building days.  Plaintiff has not paid the $350.00 filing fee or filed a motion for leave to proceed *in forma pauperis*.

Even after review of the plaintiff's complaint, to the extent it can be classified as such, it is unclear to the court precisely what actions the plaintiff complains of, what relief the plaintiff seeks from this court, and even whether this court has jurisdiction over plaintiff's case, as there is nothing in the plaintiff's submissions that would appear to link this case to the Northern District of Florida.

If he wishes to further proceed with this suit, plaintiff shall submit, within thirty (30) days, an amended complaint which sets forth clearly and concisely the facts he claims that entitle him to relief, including the dates of the allegedly wrongful acts.  He must clearly identify the individuals who he seeks to name as defendants in this action.  His amended complaint should also specify the grounds for this court's jurisdiction and the nature of the relief sought from this court.  Plaintiff should not include allegations surrounding matters that have been ruled upon by another state or federal court.  He need not cite cases or make any legal argument at this time.  The court will advise the plaintiff if the filing of a memorandum of law should become necessary.

Furthermore, plaintiff should be aware that although he is proceeding pro se, he is not excused from general  compliance with the Federal Rules of Civil Procedure and the Local Rules for the Northern District of Florida; all pleadings or submissions to the court must conform to the format set forth in these rules.  For example, all documents filed with the court must bear an original signature, must contain the correct divisional office, case style and case number, and must be typewritten or legibly printed on 8 ½ x 11 inch white paper with a bottom margin on the first page only of at least 2 inches.

Finally, plaintiff's financial obligation to the court must be resolved.  He must either pay the $350.00 filing fee or file a properly completed motion to proceed *in forma pauperis*. He must do this before the court will further consider his case.

Accordingly, it is ORDERED:

The clerk shall send plaintiff the form for filing a motion for leave to proceed *in forma pauperis* for non-prisoners.   Plaintiff shall complete and return this form, or in the alternative, payment in the amount of $350.00, within thirty (30) days.

Plaintiff shall also file an amended complaint within thirty days from the date of this order, as set forth herein.

Failure to timely comply with this order may result in a recommendation that this case be dismissed without further notice.

DONE AND ORDERED this 4th day of March, 2009.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**