IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DON GLIDEWELL, JR.,**
    Plaintiff,

vs.                                            CASE NO.: 5:09cv55/RH/MD

**SOCIAL SECURITY ADMINISTRATION,**
    Defendant.

---

## REPORT AND RECOMMENDATION

This matter is before the court upon referral by the clerk. The plaintiff initiated this action through the filing of 257 pages of documents that the clerk construed and opened as a Social Security appeal. On March 4, 2009, an order was entered requiring plaintiff to file an amended complaint, and to submit a motion to proceed *in forma pauperis* or pay the filing fee, all within thirty days (doc. 3). Having received nothing from the plaintiff, an order was entered on April 21, 2009 giving plaintiff twenty (20) days to show cause why this case should not be dismissed for his failure to prosecute (doc. 4). That deadline has passed with no response from the plaintiff.

Accordingly, it is respectfully RECOMMENDED that this cause be DISMISSED for failure to prosecute and that the clerk be directed to close the file.

At Pensacola, Florida this 23rd day of June, 2009.

/s/ *Miles Davis*
    **MILES DAVIS**
    **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**