# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DON GLIDEWELL, JR.,

    Plaintiff,

v.                                             CASE NO. 5:09cv55-RH/MD

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 5). No objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is DISMISSED without prejudice." The clerk must close the file.

    SO ORDERED on July 24, 2009.

                                                         s/Robert L. Hinkle
                                                         United States District Judge